**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.11-CV-0349 (RJL) |
| | ) |
| UNITED STATES AIR FORCE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Judicial Watch, Inc. and

Defendant United States Air Force hereby stipulate to the dismissal of this action with prejudice.


Dated: May 19, 2011                                   Respectfully submitted,


JUDICIAL WATCH, INC.                                  TONY WEST
                                                      Assistant Attorney General

/s/Jason B. Aldrich
D.C. Bar No. 495488                                   JOHN R. TYLER
Suite 800                                             Assistant Director, Federal Programs Branch
425 Third Street, S.W.
Washington, DC 20024                                  /s/Alicia N. Ellington
Tel:    (202) 646-5172                                ALICIA N. ELLINGTON
Fax:    (202) 646-5199                                Trial Attorney
                                                      Federal Programs Branch
Counsel for Plaintiff                                 U.S. Department of Justice, Civil Division
                                                      20 Massachusetts Ave., N.W., Room 7219
                                                      Washington, D.C. 20530
                                                      (202) 305-8550
                                                      alicia.n.ellington@usdoj.gov

                                                      Counsel for Defendant