IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.11-CV-0349 (RJL) |
| ) | |
| UNITED STATES AIR FORCE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Judicial Watch, Inc. and Defendant United States Air Force hereby stipulate to the dismissal of this action with prejudice.

Dated: May 19, 2011

JUDICIAL WATCH, INC.

/s/Jason B. Aldrich
D.C. Bar No. 495488
Suite 800
425 Third Street, S.W.
Washington, DC 20024
Tel:   (202) 646-5172
Fax:   (202) 646-5199

Counsel for Plaintiff

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOHN R. TYLER
Assistant Director, Federal Programs Branch

/s/Alicia N. Ellington
ALICIA N. ELLINGTON
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., N.W., Room 7219
Washington, D.C. 20530
(202) 305-8550
alicia.n.ellington@usdoj.gov

Counsel for Defendant